Argued and submitted May 29, affirmed as modified July 10, 1985

STATE OF OREGON,
*Respondent,*

*v.*

WILLIE FERN HESS,
*Appellant.*

(84-313; CA A33963)

702 P2d 1156

Gary D. Babcock, Public Defender, Salem, argued the cause and filed the brief for appellant.

Brenda J. Peterson, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

Defendant seeks a modification of the sentence he received for two convictions of first degree sexual abuse, ORS 163.425, which arose out of the same transaction. He contends that the trial court should not have imposed a separate sentence for each offense, because the two offenses should have been merged for sentencing purposes. The state concedes that, given the facts of this case, the imposition of two sentences was improper under *State v. Garcia,* 288 Or 413, 605 P2d 671 (1980). Accordingly, we modify defendant's sentence to a single five-year term with a two and one-half-year mandatory minimum.

Sentence modified; judgment affirmed as modified.